IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAUN MATZ,

                                                                                                                                   ORDER

                     Plaintiff,

                                                                                                                10-cv-668-slc[1]

      v.

DR. VANDENBROOK, DR. KURT SCHWEBKE,
DR. NELSON, CPT. SEAN SALTER,
LT. LANE, LINDA FAIT, C.O. TRAVIS
BIDDLEMAN, C.O. VASOS and
C.O B. NEUMAIER,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAUN J. MATZ,

                                                                                                                                  ORDER

                   Plaintiff,

                                                                                                                10-cv-774-slc

      v.

JEFF HEISE and JOHN AND JANE DOES 1-10,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Shaun Matz seeks appointment of counsel in both of these cases. In a February 9, 2011 order, I told plaintiff that "[g]iven the court's limited resources and the fact that plaintiff is not bringing claims of current harm . . . it is appropriate to limit the

---

[1] I am assuming jurisdiction over these cases for the purpose of issuing this order.

1

assistance of counsel for plaintiff to one case at a time." I instructed plaintiff to choose the case in which to proceed with appointed counsel, and informed him that he would be able to dismiss the other case without prejudice.

Plaintiff has chosen to proceed with case no. 10-cv-668-slc and voluntarily dismiss case no. 10-cv-774-slc. Accordingly, IT IS ORDERED that case no. 10-cv-774-slc is DISMISSED without prejudice to plaintiff's bringing the case at a later date. Proceedings in case no. 10-cv-668-slc will remain STAYED temporarily in order to locate a lawyer who is willing to represent plaintiff in that case.

Entered this 13th day of April, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge