IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAUN MATZ,

                Plaintiff,

        v.

DR. VANDENBROOK, DR. KURT SCHWEBKE,
DR. NELSON, CPT. SEAN SALTER,
LT. LANE, LINDA FAIT, C.O. TRAVIS
BIDDLEMAN, C.O. VASOS and
C.O B. NEUMAIER,

                Defendants.

ORDER

10-cv-668-slc[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This case has been stayed while the court attempted to locate counsel to represent plaintiff Shaun Matz. Gabriel B. Galloway, a member of the Illinois Bar, has agreed to represent plaintiff, with the understanding that he will serve with no guarantee of compensation for his services. It is this court's intention that the appointment of this attorney to represent plaintiff extend to proceedings in this court only.[2]

Plaintiff should understand that because I am appointing counsel to represent him, he may not communicate directly with the court from this point forward. He must work directly with his lawyer and must permit him to exercise his professional judgment to

---

[1] I am assuming jurisdiction over this case for the purpose of issuing this order.

[2] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

1

determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyer even if he disagrees with some of them. In addition, plaintiff should understand that it is highly unlikely that this court would appoint another lawyer to represent him if he chooses not to work with this lawyers. The court will schedule a status conference to reset the schedule in this lawsuit.

Finally, I note that the court has recently revised its procedure for admitting attorneys pro hac vice, and now requires an attorney seeking admission to pay $50. In light of Mr. Galloway's agreement to take on this case with no guarantee of compensation for his services, the $50 admission fee will be waived.

ORDER

IT IS ORDERED that Gabriel B. Galloway is appointed to represent plaintiff in this case. All proceedings in this case remain STAYED pending a status conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 2d day of December, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge