IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAUN MATZ,

    Plaintiff,

v.

MICHAEL VANDENBROOK,
KURT SCHWEBKE, DR. NELSON, SEAN
SALTER, LT. LANE, LINDA FAIT,
TRAVIS BITTLEMAN, C.O. VASOS,
C.O B. NEUMAIER, MICHAEL MEISNER,
JANET NICKEL, BRIAN BENTLION,
D. MORGAN, BYRON BARTOW and
TIM DUMA,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-668-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunction.

_____    10/9/12
Peter Oppeneer, Clerk of Court    Date