IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAUN MATZ,

    Plaintiff,

v.

RICHARD RAEMISCH, GREGORY GRAMS,
JANEL NICKEL, MARTHA BREEN,
MICHAEL VANDENBROOK,
KURT SCHWEBKE, ANDREA NELSON,
SEAN SALTER, JOANNE LANE,
LINDA FAIT, TRAVIS BITTLEMAN,
STEVEN VASOS, BENJAMIN NEUMAIER,
JEFF HEISE, MICHAEL MEISNER,
BRIAN BANTLEON, DONALD MORGAN,
BYRON BARTOW, TIM DOUMA,
and JOHN AND JANE DOES 1 THRU 6,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-668-bbc

---

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this **21st** day of October, 2013.

_Barbara B. Crabb_
Barbara B. Crabb,
District Judge

_Peter Oppeneer_    10/22/13
Peter Oppeneer, Clerk of Court    Date