UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2013 OCT 32 AM 10
PETER OPPENE
CLERK US DIST C(
WD OF WI

Shaun J. Matz

Plaintiff,

v.

Dr. Vandenbrook, et. al

Defendant,

NOTICE OF APPEAL

Case No. 10-cv 668

Notice is given that the (plaintiff)/defendant, Shaun J. Matz, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on 10-21-13.

Dated and signed this 22 day of October, 20 13

Winnebago, Wisconsin.

Shaun J. Matz
(Signature)
Wisconsin Resource Center
P.O. Box 220
(Street Address)

Winnebago WI 54985
(City, State, Zip)